IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM T. WULIGER, Receiver,

                Plaintiff,                Case No. 3:02 CV 1348

-vs-

                                     <u>MEMORANDUM   OPINION</u>

KELCO, INC.,

                Defendant.

KATZ, J.

This matter is before the Court on Plaintiff's submission of affidavit regarding damages. On January 10, 2006, this Court granted Plaintiff's motion for summary judgment on liability requesting the afore-mentioned affidavit on the specific damages requested in this action. (Doc. No. 174.)

Having reviewed the affidavit of Virginia Hale, president of NorthEast Escrow Services, the Plaintiff has, in this Court's view, established damages to extent of $3,287,999. This amount represents thirty-six policies which Alpha purchased from Kelco and which have been rescinded by the insurer for fraud. (Hale Aff., ¶ 13.)

Accordingly, Plaintiff is granted damages in the amount of $3,287,999.00.

IT IS SO ORDERED.

                                                          <u>  s/ *David A. Katz*      </u>
                                                          DAVID A. KATZ
                                                          SENIOR U. S. DISTRICT JUDGE